IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| DWBI INVESTMENTS, LLC | | PLAINTIFF/ COUNTER- DEFENDANT |
| v. | No. 4:23-cv-1192-DPM | |
| SUTTER & GILLHAM, P.L.L.C. | | DEFENDANT/ COUNTER- CLAIMANT/ CROSS-CLAIMANT |
| v. | | |
| DAVID DENNIS; DENNIS FOOD GROUP, LLC; LEPHIEW GIN COMPANY, INC.; TYSON FOODS, INC.; LEPHIEW DENNINGTON; TYSON SALES AND DISTRIBUTION, INC.; TYSON FRESH MEATS, INC.; BENJAMIN MCCORKLE; BEACON LEGAL GROUP, PLLC; TIMOTHY DUDLEY; RICKEY HICKS; and GARY, WILLIAMS, PARENTI, WATSON, GARY & GILLESPIE, P.L.L.C. | | DEFENDANTS/ CROSS-DEFENDANTS |

### ORDER

The Court has reviewed the settlement agreement and Tyson's proposed redacted version of *Doc. 9*. The agreement's confidentiality provision is not enough to justify sealing any documents that include its terms. If the agreement or other documents containing its terms are

filed as this case progresses, the bank account information can be redacted. And because the Court has determined that the agreement is not confidential, redaction of *Doc. 9* is unnecessary. The Court directs the Clerk to unlock *Doc. 9* and restore it to the public docket.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 April 2024