IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWBI INVESTMENTS, LLC                                             PLAINTIFF/
                                                                  COUNTER-
                                                                  DEFENDANT

v.                     No. 4:23-cv-1192-DPM

SUTTER & GILLHAM, P.L.L.C.                                        DEFENDANT/
                                                                  COUNTER-
                                                                  CLAIMANT/
                                                                  CROSS-CLAIMANT

v.

DAVID DENNIS; DENNIS FOOD
GROUP, LLC; LEPHIEW GIN
COMPANY, INC.; TYSON FOODS,
INC.; LEPHIEW DENNINGTON;
TYSON SALES AND DISTRIBUTION,
INC.; TYSON FRESH MEATS, INC.;
BENJAMIN MCCORKLE; BEACON
LEGAL GROUP, PLLC; TIMOTHY
DUDLEY; RICKEY HICKS; and GARY,
WILLIAMS, PARENTI, WATSON,
GARY & GILLESPIE, P.L.L.C.                                        DEFENDANTS/
                                                                  CROSS-DEFENDANTS

ORDER

The docket needs cleaning up and some issues need clarifying.

*First*, on its own motion, and for good cause shown, the Court sets aside the Clerk's defaults entered against Dennis and Dennis Food

Group. Fed. R. Civ. P. 55(c). *Doc. 45* stands as an answer for these defendants.

*Second*, which lawyers represent Dennis and Dennis Food Group also needs clarification. If McCorkle, Hicks, or both of them represent Dennis and Dennis Food Group along with Dudley, they should enter an appearance confirming this by 30 May 2024.

*Third*, on its own motion, and for good cause shown, the Court sets aside the Clerk's default against Hicks. Fed. R. Civ. P. 55(c). He must file the proposed answer he attached to *Doc. 55*. And Hicks must file his appearance for himself. His pleading and entry of appearance are due by 30 May 2024, too.

*Fourth*, the Gary firm has sought no relief from the Clerk's default. It stands for now. No counsel has yet appeared for the Gary firm. The common defense doctrine would appear to protect this defendant, though, against a default judgment. DWBI must file a status report on how it wishes to proceed as to the Gary firm. Status report also due by 30 May 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2024