IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DWBI INVESTMENTS, LLC** | **PLAINTIFF/ COUNTER- DEFENDANT** |
| v. No. 4:23-cv-1192-DPM | |
| **SUTTER & GILLHAM, P.L.L.C.** | **DEFENDANT/ COUNTER- CLAIMANT/ CROSS-CLAIMANT** |
| v. | |
| **DAVID DENNIS; DENNIS FOOD GROUP, LLC; LEPHIEW GIN COMPANY, INC.; TYSON FOODS, INC.; LEPHIEW DENNINGTON; TYSON SALES AND DISTRIBUTION, INC.; TYSON FRESH MEATS, INC.; BENJAMIN MCCORKLE; BEACON LEGAL GROUP, PLLC; TIMOTHY DUDLEY; RICKEY HICKS; and GARY, WILLIAMS, PARENTI, WATSON, GARY & GILLESPIE, P.L.L.C.** | **DEFENDANTS/ CROSS-DEFENDANTS** |

### ORDER

DWBI's status report, *Doc. 83*, appreciated. DWBI is essentially asking for a default judgment against the Gary firm. But the Gary firm is similarly situated to the other defendants in this case and granting DWBI's requested relief creates the possibility of inconsistent

judgments.  *Angelo Iafrate Construction, Inc. v. Postashnick Construction, Inc.*, 370 F.3d 715, 722 (8th Cir. 2004).  The Court declines to enter judgment against the Gary firm, or address priority, at this point. DWBI, though, may pursue discovery as planned about who got what. The other issues will abide further development of the case.

    So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

5 June 2024