IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWBI INVESTMENTS, LLC                                              PLAINTIFF/
                                                         COUNTER-DEFENDANT

v.                      No. 4:23-cv-1192-DPM

INTERNATIONAL FOOD                                               DEFENDANT
GROUP, L.L.C.

v.

SUTTER & GILLHAM, P.L.L.C.                                        DEFENDANT/
                                                         COUNTER-CLAIMANT/
                                                            CROSS-CLAIMANT

v.

TYSON FOODS, INC.;   TYSON SALES
AND DISTRIBUTION, INC.;   and
TYSON FRESH MEATS, INC.                                          DEFENDANTS/
                                                         CROSS-DEFENDANTS/
                                                           CROSS-CLAIMANTS

v.

DAVID DENNIS;   DENNIS FOOD
GROUP, LLC;   LEPHIEW GIN COMPANY,
INC.;   LEPHIEW DENNINGTON;
BENJAMIN MCCORKLE;   BEACON
LEGAL GROUP, P.L.L.C.;   TIMOTHY
DUDLEY;   RICKEY HICKS;   and GARY,
WILLIAMS, PARENTI, WATSON, GARY
& GILLESPIE, P.L.L.C.                                            DEFENDANTS/
                                                         CROSS-DEFENDANTS

## ORDER

In an earlier Order, the Court directed the Gary firm and Hicks to take three steps: provide complete and verified responses, and any specific objections, to DWBI's interrogatories; respond to DWBI's requests for admission; and file status reports indicating that they had done so. *Doc. 118 at 2-3.* The status report deadline has now passed. *Ibid.*

The Gary firm didn't file one. DWBI's requests, *Doc. 115 at 19-22*, are therefore deemed admitted by the Gary Firm. Fed. R. Civ. P. 36(a)(3).

Hicks filed a report on September 28th and attached his responses to DWBI's interrogatories. *Doc. 120.* Good. It's unclear, though, whether he has responded to DWBI's requests for admission. Status report from Hicks on those requests due by 18 October 2024. If Hicks has not responded, or does not respond to the requests now, they'll be deemed admitted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 October 2024