IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DWBI INVESTMENTS, LLC | PLAINTIFF/<br>COUNTER-DEFENDANT |
| v.  No. 4:23-cv-1192-DPM | |
| INTERNATIONAL FOOD<br>GROUP, L.L.C. | DEFENDANT |
| v. | |
| SUTTER & GILLHAM, P.L.L.C. | DEFENDANT/<br>COUNTER-CLAIMANT/<br>CROSS-CLAIMANT |
| v. | |
| TYSON FOODS, INC.;  TYSON SALES<br>AND DISTRIBUTION, INC.;  and<br>TYSON FRESH MEATS, INC. | DEFENDANTS/<br>CROSS-DEFENDANTS/<br>CROSS-CLAIMANTS |
| v. | |
| DAVID DENNIS;  DENNIS FOOD<br>GROUP, LLC;  LEPHIEW GIN COMPANY,<br>INC.;  LEPHIEW DENNINGTON;<br>BENJAMIN MCCORKLE;  BEACON<br>LEGAL GROUP, P.L.L.C.;  TIMOTHY<br>DUDLEY;  RICKEY HICKS;  and GARY,<br>WILLIAMS, PARENTI, WATSON, GARY<br>& GILLESPIE, P.L.L.C. | DEFENDANTS/<br>CROSS-DEFENDANTS |

## ORDER

1.  The motions to amend, *Doc. 119 & Doc. 122*, are granted. Both motions were filed by the Amended Final Scheduling Order's 20 November 2024 deadline for proposing amended pleadings. *Doc. 103 at 1*. And leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 715 (8th Cir. 2008). It does here. The preclusion defenses were not available before.

2.  The motion to stay, *Doc. 125*, is denied. The pending appeal in state court does not affect the finality of the state trial court's judgment for preclusion purposes. *John Cheeseman Trucking, Inc. v. Pinson*, 313 Ark. 632, 636-37, 855 S.W.2d 941, 943 (1993).

3.  That leaves the lingering discovery issues. Rickey Hicks has now responded to DWBI's request for admissions. *Doc. 131*. Discovery dispute, *Doc. 116*, addressed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 November 2024