# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DWBI INVESTMENTS, LLC                 PLAINTIFF/
                                                 COUNTER-DEFENDANT

v.                    No. 4:23-cv-1192-DPM

INTERNATIONAL FOOD                 DEFENDANT
GROUP, L.L.C.

v.

SUTTER & GILLHAM, P.L.L.C.              DEFENDANT/
                                                 COUNTER-CLAIMANT/
                                                 CROSS-CLAIMANT

v.

TYSON FOODS, INC.; TYSON SALES
AND DISTRIBUTION, INC.; and
TYSON FRESH MEATS, INC.                DEFENDANTS/
                                                 CROSS-DEFENDANTS/
                                                 CROSS-CLAIMANTS

v.

DAVID DENNIS; DENNIS FOOD
GROUP, LLC; LEPHIEW GIN COMPANY,
INC.; LEPHIEW DENNINGTON;
BENJAMIN MCCORKLE; BEACON
LEGAL GROUP, P.L.L.C.; TIMOTHY
DUDLEY; RICKEY HICKS; and GARY,
WILLIAMS, PARENTI, WATSON, GARY
& GILLESPIE, P.L.L.C.                         DEFENDANTS/
                                                 CROSS-DEFENDANTS

## ORDER

The Court is working through the summary judgment papers. The parties' helpful pre-Christmas joint status report notes the settlement discussions about DWBI-related claims. Please file another joint status report by 31 January 2025. Update the Court about the discussions and specify all claims that either have been settled or likely will be. Oral argument would help the Court address the pending motions. As soon as practicable, please inform the Court's courtroom deputy about counsels' availability at 2:30 p.m. on February 10th for a hearing in Little Rock. One lawyer per party will be sufficient.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2025