IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWBI INVESTMENTS, LLC     PLAINTIFF/
    COUNTER-DEFENDANT

v.     No. 4:23-cv-1192-DPM

INTERNATIONAL FOOD     DEFENDANT
GROUP, L.L.C.

v.

SUTTER & GILLHAM, P.L.L.C.     DEFENDANT/
    COUNTER-CLAIMANT/
    CROSS-CLAIMANT

v.

TYSON FOODS, INC.; TYSON SALES
AND DISTRIBUTION, INC.; and
TYSON FRESH MEATS, INC.     DEFENDANTS/
    CROSS-DEFENDANTS/
    CROSS-CLAIMANTS

v.

DAVID DENNIS; DENNIS FOOD
GROUP, LLC; LEPHIEW GIN COMPANY,
INC.; LEPHIEW DENNINGTON;
BENJAMIN MCCORKLE; BEACON
LEGAL GROUP, P.L.L.C.; TIMOTHY
DUDLEY; RICKEY HICKS; and GARY,
WILLIAMS, PARENTI, WATSON, GARY
& GILLESPIE, P.L.L.C.     DEFENDANTS/
    CROSS-DEFENDANTS

## ORDER

The Court converted the 10 February 2025 motion hearing into a status conference and heard from counsel. Based on all the material circumstances and the parties' current positions, DWBI's motion to dismiss, *Doc. 178*, is granted, and Sutter & Gillham's motion to dismiss, *Doc. 179*, is granted. All other pending motions—*Doc. 134, 138, 154, & 157*—are denied without prejudice as moot. The Court will enter Judgment as stated on the record.

So Ordered.

*_____*
D.P. Marshall Jr.
United States District Judge

*14 February 2025*