IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DWBI INVESTMENTS, LLC                      PLAINTIFF/
COUNTER-DEFENDANT

v.                No. 4:23-cv-1192-DPM

INTERNATIONAL FOOD                   DEFENDANT
GROUP, L.L.C.

v.

SUTTER & GILLHAM, P.L.L.C.              DEFENDANT/
COUNTER-CLAIMANT/
CROSS-CLAIMANT

v.

TYSON FOODS, INC.; TYSON SALES
AND DISTRIBUTION, INC.; and
TYSON FRESH MEATS, INC.              DEFENDANTS/
CROSS-DEFENDANTS/
CROSS-CLAIMANTS

v.

DAVID DENNIS; DENNIS FOOD
GROUP, LLC; LEPHIEW GIN COMPANY,
INC.; LEPHIEW DENNINGTON;
BENJAMIN MCCORKLE; BEACON
LEGAL GROUP, P.L.L.C.; TIMOTHY
DUDLEY; RICKEY HICKS; and GARY,
WILLIAMS, PARENTI, WATSON, GARY
& GILLESPIE, P.L.L.C.                     DEFENDANTS/
CROSS-DEFENDANTS

## JUDGMENT

All claims, counterclaims, and crossclaims by and against all parties except Sutter & Gillham, PLLC, are dismissed with prejudice. All claims, counterclaims, and crossclaims by and against Sutter & Gillham, PLLC, are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2025